Danny Lee JONES, Petitioner–
Appellant,

v.

Charles L. RYAN, Respondent–
Appellee.

No. 07–99000.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Aug. 13, 2013.

Filed May 5, 2014.

Sylvia J. Lett, Esquire, Assistant Federal Public Defender, Leticia Marquez, Esquire, Assistant Federal Public Defender, FPDAZ–Federal Public Defender's Office, Tucson, AZ, for Petitioner–Appellant.

Jeffrey A. Zick, Esquire, Assistant Attorney General, Arizona Attorney General's Office, Phoenix, AZ, for Respondent–Appellee.

Before: REINHARDT, HAWKINS, and THOMAS, Circuit Judges.

## MEMORANDUM *

We remand to the district court to consider, under *Martinez v. Ryan,* —— U.S. ——, 132 S.Ct. 1309, 182 L.Ed.2d 272 (2012) and *Dickens v. Ryan,* 740 F.3d 1302 (9th Cir.2014) (en banc), Jones's argument that his ineffective assistance of counsel claims are unexhausted, and therefore procedurally defaulted, and that deficient performance by his counsel during his post-conviction relief case in state court excuses the default.

We express no opinion on any other issue raised on appeal. Those issues are preserved for later consideration by the Court, if necessary.

**REMANDED.**

Mike GOPHER, Plaintiff–Appellant,

v.

---

* This disposition is not appropriate for publication and is not precedent except as provided

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.